**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GARRET HYATT** | **CIVIL ACTION NO. 2:24-cv-1141** |
| **V.** | **JUDGE BRANDON S. LONG** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

**<u>DEFENDANTS' STATEMENT OF CORPORATE DISCLOSURE</u>**

Defendant The Lincoln National Life Insurance Company, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, files this statement of corporate disclosure and states:

The Lincoln National Life Insurance Company, an Indiana insurance company, is a nongovernmental corporate party with the following parent corporation(s):

Lincoln National Corporation

The Lincoln National Life Insurance Company is a wholly owned subsidiary of Lincoln National Corporation, a publicly held corporation.

Respectfully submitted,

**PHELPS DUNBAR, LLP**

*<u>/s/ Lindsay Calhoun</u>*
Lindsay Calhoun (Bar #35070)
James H. Gilbert (Bar #36468)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
Email: james.gilbert@phelps.com

**COUNSEL FOR DEFENDANT, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

A copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will automatically send email notification to counsel registered for electronic service. A copy of the foregoing was also delivered via electronic mail on this 6th day of May 2024, to the following:

Patrick G. Kehoe, Jr.
Rebecca Kehoe Thompson
3524 Canal Street
New Orleans, LA 70119
pgkehoejr@kehoejr.com
rkehoethompson@kehoejr.com
***Counsel for Plaintiff***

*/s/ Lindsay Calhoun*