**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GARRET HYATT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1141** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | **SECTION "O"** |

# ORDER

**IT IS ORDERED** that the motion[1] of Defendant The Lincoln National Life Insurance Company for the admission of Iwana Rademaekers to practice *pro hac vice* before this Court is **GRANTED**.

Applicant Iwana Rademaekers has declared that she is a member in good standing of the state bar of Texas, and that her contact information is as follows:

Firm Name: Law Offices of Iwana Rademaekers, P.C.
Firm Address: 17304 Preston Road, Suite 800
Dallas, TX 75252

Iwana Rademaekers is admitted to practice *pro hac vice*, appearing for all purposes as counsel for Defendant, in the above-captioned case in the United States Court for the Eastern District of Louisiana.

New Orleans, Louisiana, this 7th day of May, 2024.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

[1] ECF No. 5.