**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GARRET HYATT,** | **CIVIL ACTION NO. 2:24-cv-1141** |
| **V.** | **JUDGE BRANDON S. LONG** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S PETITION FOR BREACH OF CONTRACT AND SPECIFIC PERFORMANCE

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant The Lincoln National Life Insurance Company ("Lincoln" or "Defendant") files this Memorandum in Support of its Motion to Dismiss Plaintiff's Petition for Breach of Contract and Specific Performance.

## I.
## GROUNDS FOR THE MOTION AND STATEMENT OF THE ISSUE

Lincoln seeks dismissal of Plaintiff's Petition for Breach of Contract (Doc. 1-1) (the "Petition") pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief can be granted. Specifically, Plaintiff asserts state law causes of action of breach of contract and arbitrary and capricious claim handling.[1] However, these causes of action are preempted by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, et seq., as amended ("ERISA").[2] Additionally, Plaintiff seeks an award of compensatory damages,[3] which is not available under ERISA and should be struck and/or dismissed. Accordingly, the

[1] *See* Petition, at ¶¶ VI and VII.

[2] Lincoln does not oppose the Court allowing Plaintiff to file an amended complaint that contains a claim for recovery of benefits under 29 U.S.C. § 1132(a)(1)(B) and removes the state law causes of action.

[3] See Petition, WHEREFORE Paragraph.

allegations pled in the Petition in support of Plaintiff's claims, even if taken as true,[4] are insufficient to support the relief requested by Plaintiff.

Lincoln's arguments are set forth in detail in its Memorandum in Support of this Motion, which is filed herewith and incorporated herein.

## II.
## REQUEST FOR RELIEF

Lincoln respectfully requests the Court dismiss Plaintiff's Petition against it with prejudice, award Lincoln its attorneys' fees and costs pursuant to ERISA § 502(g), 29 U.S.C. § 1132(g), and grant Lincoln any other relief to which it shows itself justly entitled.

Dated this 10th day of May 2024.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
Admitted *Pro Hac Vice*
17304 Preston Road, Suite 800
Dallas, Texas 75252
Telephone: (214) 579-9319
Facsimile: (469) 444-6456
Email: iwana@rademaekerslaw.com

- And -

**PHELPS DUNBAR, LLP**

*/s/ Lindsay Calhoun*
Lindsay Calhoun (Bar #35070)
James H. Gilbert (Bar #36468)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130

[4] For the purposes of the Motion to Dismiss, the Court must assume the facts alleged by Plaintiff in the Petition to be true. However, Defendant does not admit the truthfulness or accuracy of any factual allegation contained in the Petition by filing this Motion and Brief or by any statement contained therein.

Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
Email: james.gilbert@phelps.com

**COUNSEL FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2024, the above and foregoing document was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties.

/s/ *Iwana Rademaekers*
Iwana Rademaekers