**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GARRET HYATT,** | **CIVIL ACTION NO. 2:24-cv-1141** |
| **V.** | **JUDGE BRANDON S. LONG** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

## DEFENDANT'S NOTICE OF COMPLIANCE

Pursuant to LR 3.2 and the Court's Directive entered on May 6, 2024 (dkt 4), Defendant, The Lincoln National Life Insurance Company, hereby files this Notice of Compliance with 28 U.S.C. §1447(b), and states as follows:

(1) The Parties remaining in this action are Plaintiff, Garret Hyatt and Defendant, The Lincoln National Life Insurance Company.

(2) A copy of the return of service of process filed in state court is attached hereto.

(3) Copies of all other pleadings that were filed in the state court were attached to the Notice of Removal filed by Defendant on May 3, 2024 (dkt 1).

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

*<u>/s/ Iwana Rademaekers</u>*
Iwana Rademaekers
Texas State Bar No. 16452560
*Admitted Pro Hac Vice*
Email: iwana@rademaekerslaw.com

17304 Preston Road, Suite 800
Dallas, Texas 75252
Telephone: (214) 579-9319
Facsimile: (469) 444-6456

\- And -

*/s/ Lindsay Calhoun*
Lindsay Calhoun (Bar #35070)
James H. Gilbert (Bar #36468)
**PHELPS DUBAR, LLP**
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
Email: james.gilbert@phelps.com

**COUNSEL FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2024, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the parties. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participants.

*/s/ Iwana Rademaekers*