ATTORNEY'S NAME: Kehoe, Patrick G 14419
AND ADDRESS: 3524 Canal Street , New Orleans, LA 70119

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

**NO: 2024-02668** **DIVISION: M** **SECTION: 13**

**HYATT, GARRET**

**Versus**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

SERVED ON NANCY LANDRY
APR 16 2024
SECRETARY OF STATE COMMERCIAL DIVISION

**CITATION**

TO: THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
THROUGH: ITS AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE., BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR BREACH OF CONTRACT AND SPECIFIC PERFORMANCE

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

**ADDITIONAL INFORMATION**

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA March 25, 2024**

**Clerk's Office, Room 402**
**Civil Courts Building**
**421 Loyola Avenue**
**New Orleans, LA 70112**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by** ____________
**Valerie West, Deputy Clerk**

**SHERIFF'S RETURN**
(for use of process servers only)

PERSONAL SERVICE

On this ________ day of ____________________ served a copy of the within

**PETITION FOR BREACH OF CONTRACT AND SPECIFIC PERFORMANCE**

ON **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

THROUGH: **ITS AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE**

Returned the same day

____________________ No. ________

Deputy Sheriff of ____________________

Mileage: $ ____________________

____________ / ENTERED / ____________

PAPER RETURN

________ / ________ / ________

SERIAL NO. DEPUTY PARISH

DOMICILIARY SERVICE

On this ________ day of ____________________ served a copy of the within

**PETITION FOR BREACH OF CONTRACT AND SPECIFIC PERFORMANCE**

ON **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

THROUGH: **ITS AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE**

by leaving same at the dwelling house, or usual place of abode, in the hands of ____________________ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** being absent from the domicile at time of said service.

Returned the same day

____________________ No. ________

Deputy Sheriff of ____________________

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

C. The court may grant additional time for answering.

Acts 2021, No. 174, §1, eff. Jan. 1, 2022.