FILED
MAR 21 2024
CLERKS OFFICE
CIVIL DISTRICT COURT

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

**NO:** 2024-02668 **DOCKET NO:**

**GARRET HYATT**

**V.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

**FILED:**______________________ ______________________
**DEPUTY CLERK**

M SECTION 13

**PETITION FOR BREACH OF CONTRACT**
**AND SPECIFIC PERFORMANCE**

Now into court, through undersigned counsel, comes plaintiff, **GARRET HYATT**, a person of the full age of majority, resident of the Parish of Orleans, State of Louisiana who respectfully submits:

CHELSEY RICHARD NAPOLEON
CLERK, CIVIL DISTRICT COURT
402 CIVIL COURTS BUILDING
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112
504 - 407 - 0000

| | |
|---|---|
| Receipt Date | 3/22/2024 10:39:00 AM |
| Cashier | ehankston |
| | Register 1 |
| Case Number | 2024-02668 |
| Grand Total | $ 524.50 |
| Balance Due | $ 0.00 |

Payment/Transaction List
Check # 22474 $524.50

| Item | Charged | Paid | Bal |
|---|---|---|---|
| Petition for Breach of | $444.50 | $444.50 | $0.00 |
| Fax Fees | $15.00 | $15.00 | $0.00 |
| Judicial College | $0.50 | $0.50 | $0.00 |
| Building Fund Fee | $25.00 | $25.00 | $0.00 |
| Indigent Legal Fee | $10.00 | $10.00 | $0.00 |
| JSC | $29.50 | $29.50 | $0.00 |

I.

Made defendants herein is:

1. **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**, a foreign insurer authorized to do and doing business in the State of Louisiana.

II.

Plaintiff, **GARRET HYATT**, is an insured and entitled to long-term disability benefits in the amount of $3,601.70 per month under policy #00001026576767000.

III.

Defendant, **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**, discontinued paying petitioner's long-term disability benefits since November 16, 2023 in the amount of $3,601.70 per month and thus petitioner is entitled to past long-term disability benefits in the approximate amount of $18,008.50 at present.

IV.

Petitioner was employed as a crew boat captain for Turn Services, LLC/Associated Terminals, LLC and his job duties as a crewboat captain included the following functional requirements which were provided to the defendant, **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**, by email and fax in August 2022.

- Lift at least 65lbs from floor to knuckle level on a daily basis.
- Lift at least 65lbs from floor to waist on a daily basis.
- Lift at least 30lbs from floor to shoulder level on a daily basis.



VERIFIED 3/25/24

- Lift and carry at least 30lbs with two hands at waist level for a minimum distance of 30 feet on level surface.
- Physically pull or assist pulling 200-300lbs man from the water.
- Climb ladders, stairwells and push knees.
- Other physical activities that violate doctors' orders described below.

V.

On February 28, 2022 while petitioner was employed as crewboat captain by Turner Services, LLC/Associated Terminals, LLC sustained a severe injury to his left shoulder requiring petitioner to undergo two major left shoulder surgeries and resulting in permanent physical and functional restrictions, including no lifting, pushing or pulling of weights over 20lbs and no climbing ladders or crawling that would involve use of the left shoulder.

VI.

Petitioner respectfully suggests that monthly long-term disability payments were arbitrarily and without just cause terminated by defendant.

VII.

Defendant's cessation of long-term disability benefits is arbitrary and without cause in that returning the petitioner to work would violate permanent restrictions placed on him by his treating physician, Dr. Timothy Finney, and would greatly exacerbate his shoulder condition leading to a shoulder replacement surgery. Specifically, Dr. Finney has determined that petitioner is permanently restricted from engaging in any employment that requires him to push, pull or carry over 20lbs and climb/crawl using his left shoulder. Dr. Finney's permanent restrictions have been provided to defendant.

VIII.

Further, the defendant has falsely claimed that petitioner can engage in "light" work on various ships, e.g., "cargo ships" for which petitioner is not trained, educated, licensed and/or physically capable of even engaging in ush training to obtain such a license and position.

IX.

The admission by defendant in its own records that petitioner can do "light" work confirms that petitioner is not able to return to work as a crewboat captain for Turn Services, LLC/Associated Terminals, LLC thus entitling the petitioner to long-term disability benefits under the explicit terms of the defendant's policy.

X.

Petitioner seeks as damages the past long-term disability benefits discontinued in November of 2023 through the date of trial and an order/judgement that petitioner is permanently restricted to employment that does not violate the functional restrictions placed on him by his treating physician Dr. Timothy Finney.

WHEREFORE, petitioner, **GARRET HYATT**, prays that the defendant, **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**, be duly cited and served with a copy of the petition for damages and that after due proceedings are had that there be judgment herein in his favor and against the defendant, **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**, jointly, severally and in solido, in an amount sufficient to compensate petitioner for the damages he sustained, a judgment confirming that petitioner, cannot engage in employment that would violate his treating physician's, Dr. Timothy Finney, explicit functional restrictions, and in addition to legal interest thereon from date of judicial demand until paid, and all costs of these proceedings.

Respectfully submitted,

PATRICK G. KEHOE, JR. #14419
REBECCA KEHOE THOMPSON #37746
3524 Canal Street
New Orleans, LA 70119
Telephone #: (504) 588-1110
Facsimile #: (504) 588-1954
Email: pgkehoejr@kehoejr.com
rkehoethompson@kehoejr.com

**PLEASE SERVE:**

The Lincoln National Life Insurance Company
Through its Agent for Service of Process
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809