**HYATT, Garret (id #103236, dob: 06/18/1985)**

## Patient

| | | | |
|---|---|---|---|
| **Name** | HYATT, GARRETT (37yo, M) ID# 103236 | **Appt. Date/Time** | 11/07/2022 01:15PM |
| **DOB** | 06/18/1985 | **Service Dept.** | SOS_Metairie |
| **Provider** | TIMOTHY FINNEY, MD | | |
| **Insurance** | Med Worker's Comp: ASSOCIATED TERMINALS LLC<br>Case # : 220138<br>Case Injury Date : 02/28/2022<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. | | |

## Chief Complaint

Left shoulder problem

## Patient's Care Team

**Insurance Adjuster (Worker's Comp):** TONY COLLINS: Ph (504) 418-3619

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 06/27/2022)

## Medications

Medications not reviewed (last reviewed 06/27/2022)

| | | |
|---|---|---|
| **celecoxib 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY FOR 14 DAYS | 03/28/22 | filled |
| **clonazePAM 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES DAILY AS NEEDED FOR ANXIETY | 10/25/22 | filled |
| **DULoxetine 20 mg capsule,delayed release** | 09/13/22 | filled |
| **omeprazole 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY FOR 14 DAYS | 03/18/22 | filled |
| **oxyCODONE-acetaminophen 10 mg-325 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 4 HOURS | 03/28/22 | filled |
| **oxyCODONE-acetaminophen 5 mg-325 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN | 04/11/22 | filled |
| **promethazine 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 4 HOURS FOR 4 DAYS | 03/18/22 | filled |
| **traMADoL 50 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 8 HOURS AS NEEDED FOR PAIN | 02/28/22 | filled |

## Vaccines

None recorded.

## Problems

Problems not reviewed (last reviewed 06/27/2022)

## HPI

Patient is a 37yr old male who PRESENTS FOR FOLLOW UP LEFT SHOULDER . This patient is status post left shoulder Bankart reconstruction by Dr. Meade on 3/29/22. Patient is now over 7 months postop from his left shoulder surgery. He did receive a cortisone injection last office visit for some bursitis type complaints but he continues to have pain in the left shoulder. His range of motion is basically full but it is painful. At this point I think we need to obtain an MRI of the left shoulder to evaluate the Bankart repair.

EXHIBIT
tabbies
1 in globo

HYATT, Garret (id #103236, dob: 06/18/1985)

ROS

**Additionally reports:**
**HEART---RRR**
**LUNGS---CLEAR**

**ROS as noted in the HPI**

Physical Exam

. Left shoulder range of motion is basically full but he does have positive impingement signs with cross body adduction in the Jobe's maneuver. He does have weakness to abduction and external rotation testing. There is no pathologic instability. He does have some coarse crepitation with range of motion.

Assessment / Plan

. Status post fall with left shoulder glenohumeral joint dislocation status post Bankart reconstruction. Patient now with continued pain. At this point I would like to order an MRI of the left shoulder to evaluate the Bankart repair and to see if there is any sign of any rotator cuff pathology or significant osteoarthritis. The patient will followup after MRI results and hold off in any physical therapy until after the MRI results. He is unable to perform duties as a tugboat captain.

**1. Pain of left shoulder joint-**
left shoulder x-ray show well reduced glenohumeral joint. There may be mild degenerative changes present with a type II acromion but otherwise unremarkable. There is no obvious displaced bony fragment from the glenoid.
M25.512: Pain in left shoulder

- MRI, SHOULDER, W/O CONTRAST

Side:
LEFT

Procedure code: 73221

**2. Subacromial bursitis of left shoulder**
M75.52: Bursitis of left shoulder

**3. Impingement syndrome of left shoulder region**
M75.42: Impingement syndrome of left shoulder

**4. Localized, primary osteoarthritis of the shoulder region**
M19.019: Primary osteoarthritis, unspecified shoulder

Return to Office
Patient will return to the office as needed.

Encounter Sign-Off
Encounter signed-off by Timothy Finney, MD, 11/07/2022.

Encounter performed and documented by Timothy Finney, MD
Encounter reviewed & signed by Timothy Finney, MD on 11/07/2022 at 4:35pm