SOUTHERN ORTHOPAEDIC SPECIALISTS • 1615 Metairie Road, METAIRIE LA 70005-3974

**HYATT, Garret (id #103236, dob: 06/18/1985)**

## Patient

| | | | |
|---|---|---|---|
| **Name** | HYATT, GARRETT (37yo, M) ID# 103236 | **Appt. Date/Time** | 11/28/2022 02:45PM |
| **DOB** | 06/18/1985 | **Service Dept.** | SOS_Metairie |
| **Provider** | TIMOTHY FINNEY, MD | | |
| **Insurance** | Med Worker's Comp: ASSOCIATED TERMINALS LLC<br>Case # : 220138<br>Case Injury Date : 02/28/2022<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. | | |

## Chief Complaint

Left shoulder problem

## Patient's Care Team

**Insurance Adjuster (Worker's Comp):** TONY COLLINS: Ph (504) 418-3619

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 06/27/2022)

## Medications

Medications not reviewed (last reviewed 06/27/2022)

| | | |
|---|---|---|
| **celecoxib 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY FOR 14 DAYS | 03/28/22 | filled |
| **clonazePAM 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES DAILY AS NEEDED FOR ANXIETY | 11/22/22 | filled |
| **DULoxetine 20 mg capsule,delayed release** | 11/13/22 | filled |
| **omeprazole 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY FOR 14 DAYS | 03/18/22 | filled |
| **oxyCODONE-acetaminophen 10 mg-325 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 4 HOURS | 03/28/22 | filled |
| **oxyCODONE-acetaminophen 5 mg-325 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN | 04/11/22 | filled |
| **promethazine 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 4 HOURS FOR 4 DAYS | 03/18/22 | filled |
| **traMADoL 50 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 8 HOURS AS NEEDED FOR PAIN | 02/28/22 | filled |

## Vaccines

None recorded.

## Problems

Problems not reviewed (last reviewed 06/27/2022)

## HPI

The patient is a 37 yr old male her for MRI RESULTS LEFT SHOULDER . Patient did undergo an MRI of the left shoulder on 11/17/22. The MRI did show a partial-thickness tear on the articular side of the rotator cuff along with a possible recurrent SLAP tear. There was some biceps tendinitis as well as a questionable tear of the anterior Bankart repair. At this point the patient continues to report some pain with overhead activities as well as some weakness. He has not responded to conservative treatment including physical therapy modalities and cortisone injections along with a long course of oral anti-

EXHIBIT
tabbies
2 ing ... [handwritten]

**HYATT, Garret (id #103236, dob: 06/18/1985)**

inflammatories. He reports no feeling of instability. Because he is failed to improve with conservative modalities he may be a candidate for repeat left shoulder arthroscopy with possible labral debridement and biceps tenodesis. We will also evaluate the anterior Bankart repair and perform a subacromial decompression. His original repair was done by Dr. Meade on 3/29/22. Dr. Meade has subsequently left the city and lives out of state.

## ROS

**Additionally reports:**
**HEART--RRR**
**LUNGS--CLEAR**

**ROS as noted in the HPI**

## Physical Exam

. Left shoulder is painful with passive and active range of motion. Actively he gets to about 160° of abduction forward flexion but passively I can get him to full abduction and forward flexion. He does have positive impingement with cross body adduction in the Jobe's maneuver. He does have some weakness to abduction and external rotation testing. There is no pathologic instability. He does have some coarse crepitation with range of motion.

## Assessment / Plan

. Status post left shoulder Bankart reconstruction and SLAP repair now with recurrent SLAP tear and biceps tendinitis with mild glenohumeral joint degenerative changes. At this point I did discuss with the patient at length the options of treatment with the risks benefits and limitations of operative versus nonoperative treatment. Because he is failed conservative modalities she may be a candidate for left shoulder diagnostic arthroscopy along with labral debridement and biceps tenodesis. We will also evaluate the Bankart reconstruction. We may try to schedule something within the next few months.

**1. Anterior to posterior tear of superior glenoid labrum of left shoulder**
S43.432D: Superior glenoid labrum lesion of left shoulder, subsequent encounter

**2. Subacromial bursitis of left shoulder**
M75.52: Bursitis of left shoulder

**3. Impingement syndrome of left shoulder region**
M75.42: Impingement syndrome of left shoulder

**4. Glenoid labrum tear**
S43.432D: Superior glenoid labrum lesion of left shoulder, subsequent encounter

## Return to Office

Patient will return to the office as needed.

## Encounter Sign-Off

Encounter signed-off by Timothy Finney, MD, 11/28/2022.

Encounter performed and documented by Timothy Finney, MD
Encounter reviewed & signed by Timothy Finney, MD on 11/28/2022 at 5:17pm