# Hyatt, Garret Neal

MRN: 1001845673

Timothy Patrick Finney, MD
Physician
Orthopedics

Op Note
Signed

Creation Time: 1/10/2023 8:45 PM

Signed

LCMC Health

East Jefferson General Hospital
4200 Houma Blvd., Metairie, LA 70006

## OPERATIVE REPORT

**PATIENT:** HYATT, GARRET NEAL
**ADMIT DATE:** 01/10/2023
**DISCHARGE DATE:**

**MRN:** 1001845673
**CSN:** 600106962756
**DOB:** 06/18/1985
**AGE:** 37

**DATE OF OPERATION/PROCEDURE:** 01/10/2023

**SURGEON:** TIMOTHY PATRICK FINNEY, MD

**ASSISTANT:**

**PREOPERATIVE DIAGNOSIS:**
Left shoulder previous Bankart repair now with possible SLAP tear with partial-thickness cuff tear.

**POSTOPERATIVE DIAGNOSIS:**
1. Left shoulder superior labrum tear anterior posterior SLAP tear.
2. Left shoulder rotator cuff impingement bursitis with partial-thickness cuff tear.

**INDICATION FOR PROCEDURE:**
The patient is a 37-year-old male with a history of left shoulder pain. He had injured the shoulder in the past, had a previous Bankart repair, developed superior labrum pathology and he failed to improve with conservative treatment. It was felt that an arthroscopic evaluation of the shoulder would be in order. He understood the options of treatment with the risks, benefits, and limitations of operative versus nonoperative treatment and gave informed consent for operative intervention.

**PROCEDURE PERFORMED:**
1. Left shoulder examination under anesthesia.
2. Arthroscopic left shoulder SLAP repair with PushLock suture anchors by Arthrex.
3. Left shoulder arthroscopic rotator cuff debridement.
4. Left arthroscopic subacromial decompression/bursectomy.

**DESCRIPTION OF FINDINGS:**
On exam under anesthesia, the left shoulder revealed full range of motion. He had mild crepitation with glenohumeral rotation. Arthroscopic findings revealed previous Bankart reconstruction. There was some fraying and mild partial-thickness damage to that repair, but otherwise unremarkable. There was a superior labrum tear and anterior posterior SLAP tear from the 10 o'clock to the 2



EXHIBIT
tabbies
3 1h glabo

o'clock position. The biceps tendon was inflamed but not torn. The rotator cuff showed some undersurface tear and fraying, but no full-thickness tear noted. The SLAP tear was repaired with 3 PushLock suture anchors by Arthrex 1 anterior to the biceps insertion and 2 posterior to the biceps insertion. Post fixation was quite stable. The rotator cuff again was partial-thickness tear. No full-thickness tear noted. The bursal side of the cuff verified some exuberant bursitis tissue, but again no full-thickness tear noted. After adequate subacromial bursectomy with decompression, there was no other pathology noted. The SLAP repair was quite stable post fixation.

**ANESTHESIA:**
General.

**COMPLICATIONS:**
None.

**ESTIMATED BLOOD LOSS:**
None.

**SPECIMENS REMOVED:**

**DRAINS IMPLANTS:**
None.

**PROCEDURE IN DETAIL:**
After operative consents were obtained, the patient brought to the operating room and laid in the supine position. After general endotracheal anesthesia was administered, the patient was placed in the left lateral decubitus position and secured with a bean bag. An axillary roll was placed under the right axilla. All bony prominences were well padded. The left arm was then placed in 10 pounds counter traction. The patient did receive preoperative antibiotics. The left shoulder and arm were then prepped and draped in the usual sterile fashion. Standard posterior portal was made into the glenohumeral joint. The above-noted pathologic findings were present. Using a switching stick, an anterior portal was made. Using the 4.2 synovial resector, we debrided some of the labral pathology at the anterior Bankart repair. It was grossly intact, but had some frayed areas. There was a large SLAP tear and some superior labrum tear anterior posterior from the 10 o'clock to 2 o'clock position. We elected to perform a SLAP repair as opposed to a tenodesis to increase some of his stability. We did prepare the superior glenoid with a motorized bur and rasp to create a nice bleeding bed. We then repaired the SLAP tear with 3 PushLock suture anchors by Arthrex. One was placed anterior to the biceps insertion and 2 posterior to the biceps insertion. Post fixation, the SLAP repair was quite stable. No other pathology noted. The rotator cuff undersurface showed a partial-thickness tear, but again no full-thickness tear noted. After adequate debridement of the intra-articular structures, the scope was redirected posteriorly into the subacromial space and then flowing through an arthroscopy pump and working through a straight lateral portal, a systematic subacromial decompression/bursectomy was performed. We did remove all the exuberant bursitis tissue and thoroughly examined the rotator cuff. Again, there was no full-thickness tear. After adequate decompression, there was no other pathology noted. The bursa was irrigated with copious amounts of saline until clear effluent x3. The portals were closed with 4-0 Vicryl subcuticular. All portals dressed with Steri-Strips, sterile Xeroform gauze, 4x4s, and ABD pad secured with tape. The patient was taken out of traction, placed in a simple sling, was extubated in the operating room, sent to recovery room in stable condition. Needle and sponge counts were correct. Blood loss minimal. No blood given. No drains placed.

Dictated By: TIMOTHY PATRICK FINNEY, MD

TPF/MODL
DD: 01/10/2023 15:14:32
DT: 01/10/2023 20:42:34
Job #: 087678/980146882



Last signed by: Timothy Patrick Finney, MD at 1/12/2023 6:43 AM
Electronically signed by Timothy Patrick Finney, MD at 1/12/2023 6:43 AM

Admission (Discharged) on 1/10/2023 *Note shared with patient*

## Care Timeline

01/10 LEFT ARTHROSCOPY SHOULDER, LABRAL REPAIR, BICEPS TENODESIS, SUBACROMIAL DECOMPRESSION
Discharged 1745