REF #21060148

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

November 9, 2023

GARRET N HYATT
338 N. BERNADETTE ST.
NEW ORLEANS, LA 70119

Re: PolicyHolder: Associated Terminals, L.L.C.
Policy Number: 00001026576700000
Claim Number: 1220064300
Claimant: Garret Hyatt

Dear Garret:

We have completed our review of your Long Term Disability claim and have determined that no additional benefits are payable beyond 11/09/2023.

To be eligible for benefits under the policy issued to your employer, an individual must satisfy all of the provisions of the policy. This includes but is not limited to the following:

**TOTAL DISABILITY or TOTALLY DISABLED** will be defined as follows:
1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of his or her Own Occupation.
2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to engage in each of the Main Duties of any occupation:
a. for which he or she becomes qualified by reason of training, education or experience; and
b. which provides more than 80% of his or her former earning capacity prior to the disability.
The loss of a professional license, an occupational license or certification, or a driver's license for any reason does not, by itself, constitute Total

**<u>Information reviewed and action taken</u>**

After a thorough review of the information currently contained in your claim file, we have determined that you do not meet the definition of Total Disability, as defined above. Outlined below is the information reviewed which led to our determination.

In our review process, all information previously submitted as well as any new documentation is used to make a determination. The recent documentation contained in your claim file includes, but is not limited to the following:

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

EXHIBIT
tabbies
4 in globo

- Office and treatment notes from Dr. Timothy Finney, dated 1/10/2023 to 9/18/2023
- Abilities form completed by Dr. Timothy Finney dated 10/4/2023
- Group Continuance Of Disability form completed by Dr. Timothy Finney dated 10/4/2023
- Peer review completed by Dr. Richard Avioli, Board-Certified Orthopedic Surgery dated 10/28/2023

According to the information contained in your claim file, you stopped working on 02/27/2022 due to a diagnosis of Superior glenoid labrum lesion of right.

Dr. Finney examined you for a follow up visit on 9/18/2023. You received cortisone injection to the left shoulder on last visit which did provide some help. You reported still having some moderate discomfort in the left shoulder and you were told that you may always have some low-grade pain in the left shoulder. Physical examination of left shoulder was noted to have full range of motion with mild impingement sings. There is no pathologic instability and rotator cuff strength and is equally symmetric bilaterally. Treatment given was a Medrol Dosepak and given permanent restriction of no lifting over 20 pounds. You were advice to return to office as needed. 6 month visit dated 7/17/2023 confirms you are overall doing fairly well. You complained of some bursitis impingement. Physical examination of left shoulder noted full range of motion, positive impingement with cross body adduction in the Jobe's maneuver. Equal strength side to side and stable from a neurovascular status. Treatment given was a cortisone injection to left shoulder, advice to continue a stretching strength program. It was noted that you are again suited for jobs in the light to sedentary category and given permanent restrictions of no lifting over 20 pounds. 5 month visit dated 6/5/2023 for left shoulder confirmed you are overall progressing well but complaint of discomfort in the left shoulder. Physical examination of left shoulder noted full range of motion, mild impingement sings but rotator cuff strength is basically equally symmetric and stable from a neurovascular status. Treatment was to continue home stretching program. You were placed at maximum medical improvement. It was noted that you are only suited for jobs in the light to sedentary category and given permanent restrictions of no lifting over 20 pounds. You were advice to follow up as needed. 4 month follow up visit dated 5/8/2023 confirms seen for left shoulder arthroscopy with SLAP repair along rotator cuff debridement and subacromial bursectomy performed on 1/10/2023. You reported some improvement with previous cortisone injection done on last visit. Physical examination confirmed full range of motion of left shoulder, minimal impingement-type sings, rotator cuff strength is equally symmetric bilaterally and stable from a neurovascular standpoint. It was confirmed you have permanent restrictions of no lifting over 20 pounds and are suited for jobs in the light to sedentary capacity. Treatment was noted as may transition from outpatient physical therapy to home exercise program and basically at maximum medical improvement. You were advice to follow up on an as needed basis.

Abilities form completed by Dr. Timothy Finney dated 10/4/2023, which indicates your last office visit was 9/18/2023 and confirms can frequently lift and carrying up to 10 pounds, occasionally up to 20 pounds and never greater than 21 pounds. Can frequently sit, drive, finger, and handle. Can occasionally stand, walk, bend, operate foot controls. Can never climb, kneel, and reach above shoulder levels. Dr. Finney notes there are permanent restrictions of no left arm above shoulder level.

Dr. Timothy Finney completed the Group Continues of Disability form on 10/4/2023, on which they state you have pain of left shoulder joint, most recent office visit was on 9/18/23, restrictions and limitations is no lifting over 20 pounds, and you are totally disabled from 2/28/2022 to ongoing.

A peer review was completed on 10/28/2023 by Dr. Richard Avioli a board-certified in orthopedic surgery. He reviewed your entire medical records on file and determined that as of 6/5/2023 you have no impairment with regards to your left shoulder. He opined that the assessment completed by Dr. Finney indicated that you require permanent restrictions of no lifting greater than 20 pounds and the ability to perform job activities at a light -sedentary capacity did not support. Office visit notes dated 9/18/2023, 7/17/2023, 6/5/2023 all confirmed unremarkable left shoulder examination and there were no additional evaluation of treatment of the left shoulder from any other medication provider. Office visits 7/17/2023 and 9/18/2023 did note mild impingement symptoms which Dr. Finney treated conservatively. However, Dr. Avioli indicated that episodes of left shoulder pain due to impingement syndrome is not related to the SLAP repair surgery that was performed on 1/10/2023. Additionally, the medical records did not support any clinically significant comorbid diagnosis which could be considered impairing.

**Summary**

In summary, the medical documentation contained in your claim file does not support Total Disability as defined by the policy. It is our determination that based upon the medical documentation contained in your claim file it does not support Total Disability. Physical examinations performed by Dr. Finney on 9/18/2023, 7/17/2023, and 6/5/2023 all confirmed unremarkable left shoulder exam. Permanent restrictions of no lifting greater than 20 pounds and ability to perform job activities at a light -sedentary capacity did not support. You are not prevented from performing work in your occupation or any other occupation, even if you can no longer perform your Own Occupation. Therefore, you no longer meet the definition of disability in this policy and benefits will be denied as of 11/9/2023.

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file. Other than what is set out in the policy, we did not rely upon any guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination.

If you disagree with our decision, you may appeal this determination by following the steps outlined below.

**Appeal Rights**

You, your attorney or a person legally authorized as your representative may appeal the denial by requesting a review of your denied claim. To initiate this process, submit your written request for review to us at the following address within 180 days after you receive this denial notice.

Claims Shared Services

The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 402-361-1460

Please include the following with your appeal:

1. The policy and claim number;
2. Your reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Once we receive your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. You may also request copies of records and other information relevant to your claim free of charge.

If your policy is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency.

In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under law.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Sandra Lomeli
800-423-2765 ext8032
Sr. Claims Examiner, LTD 1
The Lincoln National Life Insurance Company

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánída'áwo'déé' t'áá jiik'eh, ná hóló. Koji' hódíílnih áǫįóóǫéąą́ǫąíę́ę.