**HYATT, Garret (id #103236, dob: 06/18/1985)**

click here to view original file

# Southern Orthopaedic Specialists

Chad W. Millet, M.D.
Timothy P. Finney, M.D.
Gregory J. Hoffman, M.D.
Claude S. Williams IV, M.D.
Field Ogden, M.D.
Andrew G. Todd, M.D
Michael J. McNulty, M.D.
Jonathan N. Emery, M.D

Daniel C. Riordan, M.D. 1917-2012
J. Kenneth Saer, M.D. - *Retired*
Clay Williams, M.D. - *Retired*
J. Lee Moss, M.D. - *Retired*
Terry L. Habig, M.D - *Retired*

Office Administrator,
Virginia Hymel, MBA
SOSNewOrleans.com

2731 Napoleon Avenue
New Orleans, Louisiana 70115-6953
Telephone (504) 897- 6351

1615 Metairie Road
Metairie, Louisiana 70005
Business FAX (504) 899-7317

1810 Lindberg Dr. # 2300
Slidell, LA 70458
Medical FAX (504) 897-6442

February 28, 2024

Mr. Patrick Kehoe
Patrick G. Kehoe, Jr., Esq.
3524 Canal Street
New Orleans, LA 70119

RE: Hyatt, Garrett
DOB: 06/18/1985
DOS: 02/28/2022

Dear Mr. Kehoe:

I did have the opportunity to review the report of Dr. Eric Finkelstein, a Physical Medicine and Rehabilitation physician, dated February 22, 2024. Dr. Finkelstein basically outlined the entire treatment of Mr. Garrett Hyatt, but failed to consider that the patient is still having ongoing problems with his left shoulder. I saw the patient on December 15, 2023, and he was still having some symptoms of bursitis and impingement. He also has some osteoarthritis developing in the glenohumeral joint. It is on this basis that I still hold to my original opinion that the patient is better suited for jobs in the sedentary category with no lifting over 20 pounds and I think this is a permanent restriction. Given his multiple surgeries and high risk of future osteoarthritis developing in that shoulder, I would limit him to that level of work activity. I respectfully disagree with Dr. Finkelstein's report and as Mr. Hyatt's treating physician, I think he is still best suited for the sedentary jobs as outlined above.

If you have any questions regarding this matter, please do not hesitate to contact my office.

Sincerely,

Timothy P. Finney, MD

TF/rsn

EXHIBIT
5
tabbles