STOKES
& ASSOCIATES
VOCATIONAL REHABILITATION | LIFE CARE PLANNING

Aaron M. Wolfson, Ph.D.
awolfson@stokes-associates.com
504.454.5009

January 12, 2024

Ms. Rebecca Kehoe Thompson
Patrick G. Kehoe, Jr., APLC
3524 Canal St
New Orleans, LA 70119-6109

***VIA U.S. MAIL AND EMAIL: kehoethompson@kehoejr.com***

RE: Garret Hyatt
My File Number: AMW230380

Dear Ms. Kehoe Thompson:

You requested I review documentation from the Lincoln Financial Group regarding their denial of Mr. Hyatt's long-term disability appeal. I offer the following comments regarding that documentation:

- Mr. Hyatt is unable to pass the United States Coast Guard physical examination due to restrictions provided by Dr. Finney. As I have previously stated, Mr. Hyatt would have specific issues with the following requirements: climb up and down vertical ladders without assistance; the ability to manipulate door closing systems; extend both shoulders and forward direction; rotate both shoulders, reach above shoulder height; open and close watertight doors that may weigh 55 pounds without assistance; lift a 40 pound load off the ground, and carry, push, or pull the same load; the ability to lift and carry and handle fire hoses and extinguishers, including the ability to lift, drag, and pull 40 pounds without assistance.

- Mr. Hyatt does not have the educational attainment to pass the licensing examination to captain a cargo ship.

- Mr. Hyatt is therefore precluded from obtaining employment as a Master, Ship pilot, even though it is considered light in physical demand level according the U.S. Department of Labor's Dictionary of Occupational Titles. As the denial letter from the Lincon Financial Group stated, "there are jobs within occupations that occasionally have higher or lower physical demands than the occupation," and I agree with their assertion that "it appears this is the case in this claim."

- As previously stated, Mr. Hyatt underwent a WorkSaver Comprehensive Post-Offer Pre-Placement Evaluation on 08/29/2018 (prepared for Turn Services). Mr. Hyatt underwent a physical examination by Marc Cavalino, PT. He was negative for the "empty can test," which measures rotator cuff integrity. He was also tested for safe lifting capacities (SLC)

EXHIBIT
le in globo
tabbies

including the ability to perform a progressive floor to waist lift (two repetitions) in which he had to lift 65 pounds; and a progressive floor to shoulder height lift (two repetitions) in which he had to lift 30 pounds. He was tested on his ability to carry and lift 30 pounds with two hands at waist level for 20 feet; and climb up and down 24 rungs of a ladder. Mr. Hyatt underwent the same testing requirements during a Fit For Duty Evaluation on 12/02/2020, also performed by Marc Cavalino. These evaluations suggest that the physical demands required for employment with Turn Services are greater than that of a "one time" ability to lift 40 pounds from floor to chest height.

Thank you for the opportunity to assist in this matter, and should you require any additional information or assistance, please do not hesitate to contact me.

Sincerely,

Aaron Wolfson, Ph.D., LRC, CRC, CLCP
Licensed Psychologist, Louisiana (#863)
Licensed Psychologist, Mississippi (#50 865)
Licensed Psychologist, Texas (Prov. #38275)
Licensed Rehabilitation Counselor (#704)
Certified Rehabilitation Counselor (#53478)
Certified Life Care Planner (ICHCC #0426)