Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

November 30, 2023

PATRICK G. KEHOE JR.
ATTN PATRICK G. KEHOE ATTORNEY
3524 CANAL ST.
NEW ORLEANS, LA 70119

Re: Policyholder: Associated Terminals, L.L.C.
Policy Number: 00001026576700000
Claim Number: 1220064300
Claimant: Garret Hyatt

Dear PATRICK G. KEHOE ATTORNEY:

This is to acknowledge receipt of your client's appeal for Long Term Disability benefits. We received your letter on 11/16/2023 .

We are in the process of reviewing Garret Hyatt's appeal and we will notify you of the results within 45 days or as soon as a decision has been made.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Susan McShane
800-423-2765 *2769
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

EXHIBIT
tabbles®
1