SOUTHERN ORTHOPAEDIC SPECIALISTS • 2731 Napoleon Ave. NEW ORLEANS LA 70115-6913

## HYATT, Garret (id #103236, dob: 06/18/1985)

**Encounter Date: 03/11/2024**

Patient

| | | | |
|---|---|---|---|
| **Name** | HYATT, GARRET (38yo, M) ID# 103236 | **Appt. Date/Time** | 03/11/2024 02:30PM |
| **DOB** | 06/18/1985 | **Service Dept.** | SOS_Metairie |
| **Provider** | TIMOTHY FINNEY, MD | | |
| **Insurance** | Med Worker's Comp: ASSOCIATED TERMINALS LLC<br>PCP : RODI, JAKE<br>Case # : 220138<br>Case Injury Date : 02/28/2022<br>Med Legal: PATRICK KEHOE JR. APLC<br>Insurance # : 6/18/1985<br>Case Injury Date : 02/28/2022<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

### Chief Complaint

Left shoulder problem

### Patient's Care Team

**Insurance Adjuster (Worker's Comp):** TERRELL FOLSE: Ph (225) 399-3043
**Primary Care Provider (Worker's Comp):** RODI, JAKE: 7772 BELLE CHASSE HIGHWAY, BELLE CHASSE, LA 70037-2060, Ph (504) 371-9370, Fax (504) 371-9383

### Patient's Pharmacies

**CVS/PHARMACY #10594 (ERX): 500 N CARROLLTON AVE, NEW ORLEANS, LA 70119, Ph (504) 482-3100, Fax (504) 208-3526**

### Vitals

None recorded.

### Allergies

Allergies not reviewed (last reviewed 06/27/2022)

### Medications

EXHIBIT
tabbles®
11

Medications not reviewed (last reviewed 06/27/2022)

| | | |
|---|---|---|
| **benzonatate 200 mg capsule**<br>TAKE 1 CAPSULE (200 MG TOTAL) BY MOUTH 3 (THREE) TIMES DAILY AS NEEDED FOR COUGH. | 02/14/24 | filled |
| **celecoxib 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY FOR 14 DAYS | 03/28/22 | filled |
| **cetirizine 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 11/25/23 | filled |
| **clonazePAM 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES DAILY AS NEEDED FOR ANXIETY | 02/17/23 | filled |
| **clonazePAM 2 mg tablet**<br>TAKE 1 TABLET BY MOUTH 2 TIMES DAILY AS NEEDED. | 03/05/24 | filled |
| **codeine 10 mg-guaifenesin 100 mg/5 mL oral liquid**<br>TAKE 10 MLS BY MOUTH EVERY 8 (EIGHT) HOURS AS NEEDED FOR COUGH. | 11/25/23 | filled |
| **DULoxetine 20 mg capsule,delayed release** | 11/13/22 | filled |
| **fluticasone propionate 50 mcg/actuation nasal spray,suspension**<br>USE 1 SPRAY (50 MCG TOTAL) IN EACH NOSTRIL ONCE DAILY | 11/25/23 | filled |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 4 HOURS | 01/16/23 | filled |
| **HYDROcodone 5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 6 HOURS | 02/13/23 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 6 HOURS | 01/10/23 | filled |
| **methylPREDNISolone 4 mg tablets in a dose pack**<br>TAKE 6 TABLETS ON DAY 1 AS DIRECTED ON PACKAGE AND DECREASE BY 1 TAB EACH DAY FOR A TOTAL OF 6 DAYS | 10/20/23 | filled |
| **omeprazole 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY FOR 14 DAYS | 03/18/22 | filled |
| **oseltamivir 75 mg capsule** | 12/29/22 | filled |
| **oxyCODONE-acetaminophen 10 mg-325 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 4 HOURS | 03/28/22 | filled |
| **oxyCODONE-acetaminophen 5 mg-325 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN | 04/11/22 | filled |
| **promethazine 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 4 HOURS FOR 4 DAYS | 03/18/22 | filled |

**promethazine-DM 6.25 mg-15 mg/5 mL oral syrup** 02/14/24 filled
TAKE 5 ML BY MOUTH EVERY 8 HOURS AS NEEDED FOR COUGH

**propranoloL ER 60 mg capsule,24 hr,extended release** 12/08/23 filled
TAKE 1 CAPSULE BY MOUTH EVERY DAY

**propranoloL ER 80 mg capsule,24 hr,extended release** 03/03/24 filled
TAKE 1 CAPSULE BY MOUTH ONCE DAILY.

**traMADoL 50 mg tablet** 02/28/22 filled
TAKE 1 TABLET BY MOUTH EVERY 8 HOURS AS NEEDED FOR PAIN

## Vaccines

None recorded.

## Problems

Reviewed Problems

## Social History

**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
Sexual orientation: Straight or heterosexual

## HPI

Patient is a 38yr old male who PRESENTS FOR LEFT SHOULDER PAIN. Patient's here for followup he is status post left shoulder arthroscopy with SLAP repair and rotator cuff debridement with subacromial bursectomy. Patient is developing some osteoarthritic symptoms to the left shoulder. He is status post multiple surgeries and 2 episodes of glenohumeral joint dislocations. We have been treating the patient with conservative modalities with physical therapy along with occasional cortisone injections. He is limited to light to sedentary duty no lifting over 20 pounds and this is a permanent restriction. He did receive a cortisone injection to the left shoulder back in December which helped somewhat.

## ROS

**Additionally reports:**
**HEART--RRR**
**LUNGS--CLEAR**

**ROS as noted in the HPI**

## Physical Exam

. Left shoulder shows 160° of abduction forward flexion. He does have some coarse crepitation with range of motion. He has mild weakness to abduction and external rotation testing on the left compared to the right. He does have positive impingement with cross body adduction in the Jobe's maneuver.

## Assessment / Plan

. Patient status post left shoulder arthroscopy with SLAP repair and rotator cuff debridement with subacromial bursectomy. Patient with glenohumeral joint osteoarthritis. At this point he will continue conservative modalities and he is certainly suited for jobs in the light to sedentary category no lifting over 20 pounds. This is a permanent restriction. I think he would also be a high risk for climbing any ladders or rope ladders that he would have to do as a pilot. He would be put at risk for another shoulder dislocation if he has to climb ladders. He will followup with me in 6 months.

**1. Pain of left shoulder joint** -
left shoulder x-rays show some degenerative changes at the glenohumeral joint with some narrowing not quite bone on bone. This is best seen on the axillary view.
M25.512: Pain in left shoulder
- XRAY SHOULDER, 3 VIEWS, AP, OUTLET AND AXILLARY

  Side: LEFT

**2. Localized, primary osteoarthritis of the shoulder region**
M19.019: Primary osteoarthritis, unspecified shoulder

**3. Subacromial bursitis of left shoulder**
M75.52: Bursitis of left shoulder

Return to Office
Patient will return to the office as needed.

Encounter Sign-Off
Encounter signed-off by Timothy Finney, MD, 03/11/2024.

Encounter performed and documented by Timothy Finney, MD
Encounter reviewed & signed by Timothy Finney, MD on 03/11/2024 at 4:49pm