**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GARRET HYATT** | **CIVIL ACTION NO. 2:24-cv-1141** |
| **V.** | **JUDGE BRANDON S. LONG** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

**EX PARTE MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

**NOW INTO COURT**, through undersigned counsel, comes The Lincoln National Life Insurance Company ("Defendant"), who respectfully requests that this Honorable Court grant an order withdrawing James H. Gilbert (Bar No. 36468) and substituting Keiran S. McCluskie (Bar No. 40874) as co-counsel of record for Defendant. Mr. Gilbert is no longer affiliated with Phelps Dunbar, L.L.P. This motion is not interposed for delay and will not cause delay in the matter. Lindsay Calhoun and Iwana Rademaekers will continue their representation of Defendant in this matter.

**WHEREFORE**, Defendant prays that this Court allow James H. Gilbert (Bar # 36468) to withdraw as counsel of record, substituting in Keiran S. McCluskie (Bar No. 40874) as co-counsel for Defendant.

**[SIGNATURE PAGE FOLLOWS NEXT]**

Respectfully submitted,

**PHELPS DUNBAR, LLP**

*/s/ Lindsay Calhoun*
Lindsay Calhoun (Bar #35070)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com

-And-

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560) *Pro Hac Vice*
17304 Preston Road, Suite 800
Dallas, Texas 75252
Telephone: (214) 579-9319
Facsimile: (469) 444-6456
Email: iwana@rademaekerslaw.com

**COUNSEL FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2024, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the parties.

*s/ Lindsay Calhoun*