**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GARRET HYATT** | **CIVIL ACTION NO. 2:24-cv-1141** |
| **V.** | **JUDGE BRANDON S. LONG** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

**ORDER**

Considering the Ex Parte Motion to Withdraw and Substitute Counsel;

**IT IS ORDERED** that James H. Gilbert (Bar No. 36468) is hereby allowed to withdraw as counsel of record substituting in Keiran S. McCluskie (Bar No. 40874) as co-counsel for The Lincoln National Life Insurance Company with Lindsay Calhoun and Iwana Rademaekers remaining as counsel for The Lincoln National Life Insurance Company.

Entered this _____ day of ____________________, 2024.

____________________________________
UNITED STATES JUDGE