**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GARRET HYATT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1141** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | **SECTION "O"** |

## ORDER

**IT IS ORDERED** that the motion[1] of Defendant The Lincoln National Life Insurance Company to withdraw and substitute counsel is **GRANTED**. James H. Gilbert is withdrawn as counsel for Defendant. Keiran S. McCluskie is enrolled as counsel of record for Defendant.

New Orleans, Louisiana, this 30th day of May, 2024.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

[1] ECF No. 15.