**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GARRET HYATT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1141** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | **SECTION "O"** |

**CONDITIONAL ORDER OF DISMISSAL**

The Court has been informed that the case has settled.[1]

Accordingly,

**IT IS ORDERED** that this action is dismissed without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty days. The Court retains jurisdiction for all purposes, including enforcing the parties' settlement. Counsel are reminded that, if witnesses have been subpoenaed, every witness must be notified not to appear.

New Orleans, Louisiana, this 1st day of August, 2024.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

[1] ECF No. 21.