**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GERALD HYATT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1141** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | **SECTION "O"** |

# ORDER

Considering the parties' stipulation[1] of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED** that this action is dismissed with prejudice. Each party will bear its own costs.

New Orleans, Louisiana, this 20th day of September, 2024.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

[1] ECF No. 23.